IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Dr. Amber Krystal

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Olsten Staffing Services
Stratosphere Quality

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 4:26-cv-3031-JD-MHC

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
*(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dr. Amber Krystal |
| Street Address | 715 Cumberland Dr. |
| City and County | Florence |
| State and Zip Code | South Carolina 29501 |
| Telephone Number | 843-713-5408 |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Olsten Staffing Services, Inc |
| Job or Title (if known) | |
| Street Address | 1711 W. Palmetto St |
| City and County | Florence. SC |
| State and Zip Code | South Carolina 29501 |
| Telephone Number | 843-664-1191 |

Defendant No. 2

| | |
|---|---|
| Name | Stratosphere Quality |
| Job or Title (if known) | |
| Street Address | 1111 Honda Way |
| City and County | Timmonsville, SC |
| State and Zip Code | South Carolina 29161 |
| Telephone Number | 843-346-8000 |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |

2

|                    |                          |
|--------------------|--------------------------|
| Street Address     | _____ |
| City and County    | _____ |
| State and Zip Code | _____ |
| Telephone Number   | _____ |

**C.     Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

|                    |                          |
|--------------------|--------------------------|
| Name               | Stratosphere Quality     |
| Street Address     | 1111 Honda Way           |
| City and County    | Timmonsville             |
| State and Zip Code | South Carolina 29161     |
| Telephone Number   | 843-346-8000             |

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other     federal     law     *(specify     the     federal     law)*:

3

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | Relevant | state | law | *(specify,* | *if* | *known)*: |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | Relevant | city | or | county | law | *(specify,* | *if* | *known)*: |

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☐    Failure to promote me.

☑    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☑    Other acts *(specify)*:    Sexual Harassment,Hostile Work Enviroment

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)    July 23, 2025 last alleged discrimatory act occured on August 4, 2025

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☑    is/are not still committing these acts against me.

4

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐   race _____

☐   color_____

☑   gender/sex please see "yellow" attach sheet

☐   religion _____

☐   national origin _____

☐   age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☑   disability or perceived disability *(specify disability)*
partal hysterectomy

E.   The facts of my case are as follows.  Attach additional pages if needed.

please see attached A Complaints

_____

_____

_____

_____

_____

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

September 16, 2025

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*
June 29, 2026                                    .

5

Explanation To Section "D"

I believe the Defendants discriminated against me because of my sex (female) in violation of Title VII of the Civil Rights Act of 1964. During my employment, I was subject to unwelcome sexual comments by my Project Manager after disclosing personal medical information. I reported the conduct to Human Resources and participated in the company's investigation. After reporting the harassment I believe I was subjected to retaliation, including being required to provide medical documentation regarding a surgery performed approximately fourteen years earlier before I could return to work. My employment subsequently ended. A more detailed statement of facts is set forth in Attachment A which is incorporated by reference.

**4:26-cv-03031-JD-MHC**      Date Filed 07/24/26      Entry Number 1      Page 7 of 9

 Gmail                                                    Krystal J <kke4life@gmail.com>

## Statement of Claim
1 message

**Krystal J** <kke4life@gmail.com>                                      Tue, Jul 21, 2026 at 12:01 PM
To: Krystal J <kke4life@gmail.com>

Plaintiff brings this action pursuant to Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act ("ADA") against Defendants Olsten Staffing Services, Inc. and Stratosphere Quality, LLC. Plaintiff was employed through Olsten Staffing Services and assigned to work at Stratosphere Quality, where she alleges she was subjected to sex discrimination, sexual harassment, a hostile work environment, retaliation, and disability discrimination. Plaintiff reported the alleged harassment to Human Resources, participated in the employer's internal investigation, and thereafter alleges she was subjected to adverse employment actions, including being prevented from returning to work after being required to provide medical documentation relating to a surgery that occurred approximately fourteen years earlier. Plaintiff timely filed Charges of Discrimination with the Equal Employment Opportunity Commission against both Defendants, received Notices of Right to Sue, and has exhausted all administrative remedies. A complete statement of Plaintiff's claims and supporting factual allegations is contained in **Attachment A**, which is incorporated herein by reference.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐     60 days or more have elapsed.

☐     less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Back Pay, Front Pay (reinstatement) Compensatory damages, Punitive damages where authorized by law, costs, Interest, any other relief the court deems just and proper

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 24 , 2026

Signature of Plaintiff      Dr. Amber Krystal

Printed Name of Plaintiff     Dr. Amber Krystal

**B.    For Attorneys**

Date of signing: _____ , 20__ .

Signature of Attorney      _____

Printed Name of Attorney     _____

Bar Number          _____

Name of Law Firm       _____

Address            _____

Telephone Number       _____

E-mail Address        _____

7